IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| JOHN EDWIN KOONTZ III, | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | : |
| | :    No. 3:15-cv-62 (CAR) |
| CAROLYN W. COLVIN, | : |
| Acting Commissioner of Social Security, | : |
| | : |
|     Defendant. | : |
| _____ | : |

## ORDER ON THE REPORT AND RECOMMENDATION OF
## THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Report and Recommendation to grant Plaintiff's Motion for Attorney's Fees pursuant to the Equal Access to Justice Act (EAJA). No objection has been filed. Having reviewed the Recommendation, the Court agrees with the findings and conclusions of the Magistrate Judge. The Magistrate Judge's Report and Recommendation [Doc. 20] is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**. Plaintiff's Motion for Attorney's Fees [Doc. 17] is **GRANTED**, and **IT IS HEREBY ORDERED** Plaintiff receive fees in the amount of $7,691.45, and these fees be paid directly to Plaintiff.

**SO ORDERED,** this 14th day of April, 2016.

                                               S/ C. Ashley Royal
                                               C. ASHLEY ROYAL
                                               UNITED STATES DISTRICT JUDGE

CML